1004

[No. 59387-1-I. Division One. October 20, 2008.]

Dick Bedlington Real Estate, LLC, *Appellant*, v. Betty Tawes, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-2-00619-1, Charles R. Snyder, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Leach, J.

[No. 59705-1-I. Division One. October 20, 2008.]

Ledcor Industries (USA), Inc., *Appellant*, v. Mutual of Enumclaw Insurance Company et al., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated April 29, 2009. Substitute opinion filed. Now published at 150 Wn. App. 1.

[No. 59741-8-I. Division One. October 20, 2008.]

The State of Washington, *Respondent*, v. Terrance Jon Irby, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00276-9, John M. Meyer, J., entered March 6, 2007. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Cox, J.

[No. 60016-8-I. Division One. October 20, 2008.]

The State of Washington, *Respondent*, v. Kalen Michael McGarvey, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-8-03982-5, Glenna Hall, J., entered May 14, 2007. *Affirmed* by unpublished per curiam opinion.